UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFYETTE DIVISION

**REGINALD JAMES JULIEN**           CASE NO.  6:23-CV-0594 SEC P

**VERSUS**                          JUDGE DAVID C. JOSEPH

**TERRY KROUT, ET AL**              MAGISTRATE JUDGE AYO

### MEMORANDUM ORDER

Julien filed a complaint pursuant to 42 U.S.C. §1983 on May 3, 2023, and subsequently filed four amended complaints.  (Rec. Docs. 1, 4, 8, 9, 10).  On June 22, 2023, the undersigned performed an initial review, pursuant to 28 U.S.C. § 1915(e)(2) and ordered plaintiff to amend his complaint to cure certain deficiencies.  (Rec. Doc. 13).

On June 22, 2023, plaintiff filed several *pro se* motions: Motion of Discovery (Rec. Doc. 14); Motion of Hearing (Rec. Doc. 15); Motion of Scope of Evidentiary (Rec. Doc. 16); Motion to Subpoena (Rec. Doc. 17); Motion to Subpoena Witnesses (Rec. Doc. 18); and Motion for Speedy Trial (Rec. Doc. 19).

The issues raised in the Motion of Discovery (Rec. Doc. 14), Motion of Hearing (Rec. Doc. 15), Motion of Scope Evidentiary (Rec. Doc. 16), Motion to Subpoena (Rec. Doc. 17) and Motion to Subpoena Witnesses (Rec. Doc. 18) have either been addressed in this Court's denial of the previous Motion to Quash (Rec. Doc. 13), or are premature, as this matter remains under initial review.

With respect to the Motion for Speedy Trial (Rec. Doc. 19), any claim of a violation of the right to a speedy trial must be presented to the trial court and can be appealed only after a trial and a conviction.  *See Humphrey v. Bowles*, 125 F.R.D. 657 (N.D. Tex., Nov. 1, 1988).

Accordingly,

**IT IS ORDERED** that plaintiff's Motion of Discovery (Rec. Doc. 14), Motion of Hearing (Rec. Doc. 15), Motion for Scope of Evidentiary (Rec. Doc. 16), Motion to Subpoena (Rec. Doc. 17), Motion to Subpoena Witnesses (Rec. Doc. 18) and Motion for Speedy Trial (Rec. Doc. 19) are **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff is not to file any future motions until he complies with this Court's Order to amend his complaint. (Rec. Doc. 13).

THUS DONE AND SIGNED in Chambers this 29th day of June, 2023.

_____
David J. Ayo
United States Magistrate Judge